IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM TECHNOLOGIES, INC.,     )
     )
     Movant,     )     Misc. Case. No. _____
     )
     v.     )
     )     Case Pending in the Western District of
WI-LAN INC.,     )     Texas, Midland Division, Civil Action No.
     )     7:24-cv-00296-LS
     Respondent.     )
     )

## [PROPOSED] ORDER

This ___ day of _____ 2026, the Court having reviewed Qualcomm's Motion for

Leave to Seal its Opening Brief in support of its Motion to Compel Compliance With Subpoenas

*Duces Tecum* And *Ad Testificandum* and supporting papers ("the Motion to Seal"), and the Court

having determined good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that:

1.  Qualcomm's Motion to Seal is GRANTED.

2.  The Clerk's Office shall docket Qualcomm's opening brief and supporting papers

under seal.

3.  Qualcomm shall file a public version of the opening brief and supporting papers

within 7 days of the docketing.


     _____
     United States District Judge